Sanaz S. Bereliani, SBN 256465
BERELIANI LAW FIRM, PC
11400 W. Olympic Blvd., Ste 200
Los Angeles, CA 90064
Phone #: 818-920-8352
Fax #: 888-876-0896
berelianilaw@gmail.com

Attorney for Debtor,
Janelle M. Haider.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No: 2:19-bk-25051-VZ |
| **JANELLE M. HAIDER,** | Chapter 7 |
| Debtor. | **MOTION FOR REDEMPTION OF 2013 AUDI A3 THROUGH PREMIERE CREDIT OF NORTH AMERICA, LLC UNDER 11 U.S.C. § 722 AND DECLARATION OF JANELLE M. HAIDER** |
| | DATE: March 17, 2020<br>TIME: 11:00 AM<br>COURTROOM: 1368<br>PLACE: 255 E. Temple Street<br>Los Angeles, CA 90012 |

TO THE HONORABLE VINCENT ZURZOLO, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; PETER MASTAN, CHAPTER 7 TRUSTEE; PREMIERE CREDIT OF NORTH AMERICA, LLC; AND ALL INTERESTED PARTIES:

**PLEASE TAKE NOTICE THAT** Janelle M. Haider ("Debtor") in the herein action, by and through his Attorney of Record, Sanaz Sarah Bereliani, will move this Court pursuant to 11 U.S.C. §722 and Bankruptcy Rule 6008 for a Redemption Order on the following grounds:

1. The item to be redeemed is tangible personal property intended primarily for personal, family, or household use is more particularly described as follows:

-1-

1     Year: <u>2013</u>    Make: <u>Audi</u>    Model: <u>A3</u>    VIN: <u>WAUBEAFM0DA022233</u>

2. The interest of the Debtor in such property has been exempted on the Schedule C of her bankruptcy petition. The debt which is secured by said property to the extent of the allowed secured claim of Premiere Credit of North America, LLC ("Creditor") is a dischargeable consumer debt. A true and correct copy of the filed Schedule C of Debtor's bankruptcy petition is attached hereto as **Exhibit "A"** and incorporated herein as such.

3. The market value for a similar vehicle to the subject vehicle, with similar mileage and options is $8,852.00. A true and correct copy of the kbb.com value is attached hereto as **Exhibit "B"** and incorporated herein as such.

4. The subject vehicle's trunk is dented, the interior is worn and stained. The vehicle's tires need to be replaced, and the engine knocks.

5. Arrangements have been made by the Debtor to have 722 Redemption Funding, Inc., pay the Creditor up to the aforesaid amount in a lump sum should this motion be granted. Moreover, the Debtor has agreed to borrow and disburse additional funds from 722 Redemption Funding, Inc., in the amount of $750.00 for the representation of the debtor in securing, for the benefit of the debtor, an order granting the debtors the right to redeem under 11 U.S.C. 722 a certain motor vehicle, such compensation being in addition to that previously disclosed and being for services rendered beyond the scope of the legal services to have been rendered for such compensation heretofore disclosed.

WHEREFORE, the Debtor requests the Court to order the Creditor to accept from the Debtor the lump sum payment of the redemption value and release their lien of record. In the event the Creditor objects to this motion, the Debtor requests the Court to determine the value of the property at the time of the hearing on such objection.

Dated: 2/16/20

Bereliani Law Firm

/s/ Sanaz S. Bereliani
Sanaz S Bereliani, Esq.
Attorney for Debtor

-2-

– 3 –

# DECLARATION OF DEBTOR

## DECLARATION OF JANELLE M. HAIDER

I, Janelle M. Haider, hereby declare and state as follows:

1. I have personal knowledge of the following facts and testify hereto that if called upon as a witness, we could and would competently testify thereto in a court of law.

2. I am the debtor in the Chapter 7 bankruptcy, Case Number 2:19-bk-25051-VZ.

3. The subject vehicle is a 2013 Audi A3. The vehicle includes the following equipment: Cruise Control, Power Windows, Power Door Locks, Leather Interior, Heated Seats, Air Conditioning, Power Sunroof, Radio, and Automatic Engine. At the time of filing the herein Chapter 7 Bankruptcy, the vehicle had 34,000 miles.

4. The subject vehicle is tangible personal property intended primarily for personal, family or household use.

5. The subject vehicle was listed in my bankruptcy petition. My interest is fully exempt.

6. The market value of my 2013 Audi A3 is valued at no more than $8,852.00 as evidenced by the kbb.com value, attached as **Exhibit "B"** and incorporated as is fully stated herein.

7. If I were to replace this vehicle, I would pay no more than $8,852.00 due to the fact that the subject vehicle's trunk is dented. The interior is worn and stained, the tires need to be replaced, and the engine knocks.

This I declare under penalty of perjury.

Dated: 2/10/2020

_____
Janelle Haider

-4-

-5-

# EXHIBIT "A"

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | Janelle Mary Haider | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 2:19-bk-25051-VZ | | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:** Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

    ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

    ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| 171 N Church Lane #605 Los Angeles, CA 90049  Los Angeles County<br>Value based on online comparables<br>Residence<br><br>To be surrendered<br>Line from *Schedule A/B*: **1.2** | $885,000.00 | ■ $100,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| 2013 Audi A3 34,000 miles Encumbered<br>Line from *Schedule A/B*: **3.1** | $8,852.00 | ■ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.010 |
| Household goods and furnishings<br>Line from *Schedule A/B*: **6.1** | $4,500.00 | ■ $4,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Cell phone, computer/laptop, TVs, etc<br>Line from *Schedule A/B*: **7.2** | $700.00 | ■ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |

| Debtor 1 | Janelle Mary Haider | | Case number (if known) | 2:19-bk-25051-VZ |
|---|---|---|---|---|

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| Clothing, shoes, and other apparel<br>Line from Schedule A/B: 11.1 | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Real and costume jewelry<br>Line from Schedule A/B: 12.1 | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| Cash<br>Line from Schedule A/B: 16.1 | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| Business Checking Account: Chase Bank<br>This is Andra Medical Group's business checking account that had been opened in Debtor's personal name but only consists of business transactions in tying up loose ends before Andra Medical Group's bankruptcy.<br>Line from Schedule A/B: 17.1 | $1,800.00 | ■ $1,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| Personal checking/savings: Ally Bank<br>Line from Schedule A/B: 17.2 | $5,900.00 | ■ $5,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| Personal checking/savings accounts: Wells Fargo Bank<br>Line from Schedule A/B: 17.3 | $25.00 | ■ $25.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| 403(b): Debtor has a retirement plan being admistered by Fidelity and set up by Debtor's former employer, UCLA<br>Line from Schedule A/B: 21.1 | $179,000.00 | ■ $179,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| 403(b): Debtor has a retirement plan administered by Voya, set up by Debtor's former employer, Cedars Sinai.<br>Line from Schedule A/B: 21.2 | $33,000.00 | ■ $33,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| IRA: Debtor has a retirement account being administered by TD Ameritrade<br>Line from Schedule A/B: 21.3 | $6,000.00 | ■ $6,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| 401(k): Debtor has a retirement account being admistered by Principal / TLC Behavorial Health & Psych Corp<br>Line from Schedule A/B: 21.4 | $25,000.00 | ■ $25,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |

| Debtor 1 | Janelle Mary Haider | | Case number (if known) | 2:19-bk-25051-VZ |
|---|---|---|---|---|

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| 457(b): Checking/Savings account with Debtor has a retirement plan being admistered by Fidelity and set up by Debtor's former employer, UCLA<br>Line from *Schedule A/B*: 21.5 | $124,000.00 | ■ $124,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| UC DCP: Debtor has a retirement plan being admistered by Fidelity and set up by Debtor's former employer, UCLA<br>UPDATE BALANCE<br>Line from *Schedule A/B*: 21.6 | $31,000.00 | ■ $31,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |

3. Are you claiming a homestead exemption of more than $170,350?
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

# EXHIBIT "B"



Home > What's My Car Worth > Style > Options & Condition > 2.0T Premium Wagon 4D

Is my car affected?

**Service & Repair Estimator**
What's a fair price?

Private Party Range
**$8,852 - $11,419**
Private Party Value
**$10,136**

**PRIVATE PARTY VALUE**

Leverage this value to set your price and negotiate with private-party buyers.

Average Time to Sell:
**30 DAYS**

Level of Effort:
High

Important info & definitions

Track this car's values

See Overview of Values

Condition: Fair
Valid for ZIP Code 90025 through 01/30/2020
**Overall Consumer Rating 4.6 / 5**
★ ★ ★ ★ ★ 154 Ratings
Write a review

## ② See How Others Price Your Car

Set a competitive price when you know what others are asking.


2013 Audi A3
$15,100
Mileage: 32,200


2013 Audi A3
$16,000
Mileage: 22,587

Search Cars for Sale Near You

## ③ Place an Ad

Reach serious car shoppers on both KBB.com and Autotrader.





## Start the Trade-in Process Online

 You're Interested in:
**Audi A3**
Change vehicle

**Choose up to 3 dealers**

☑ **Santa Monica Audi**
1020 Santa Monica Blvd
Santa Monica, CA 90401
3 Miles Away

☑ **Audi Beverly Hills**
8850 Wilshire Boulevard
Beverly Hills, CA 90211
4 Miles Away

☑ **Keyes Audi**
5239 Van Nuys Blvd
Los Angeles, CA 91401
9 Miles Away

Prev | 1 2 3 4 | Next

Get Free Quotes

# Trade Up to a New Car

2019 Chevrolet Cruze        2019 Chevrolet Malibu

Est. $326/mo*              Est. $347/mo*

   

*Based on the Blue Book® Fair Purchase Price (click vehicle to see) for 60 months, 3.19% APR, 20% down & 6.5% tax. For illustrative purposes only and not an offer/commitment to provide credit or financing.

## New Car Price Quote

   **2020 Audi A3**
Premium

Change vehicle

**Choose up to 3 Dealers**   Change ZIP Code

1 ☑ Santa Monica Audi
1020 Santa Monica Blvd
Santa Monica, CA 90401



3 miles away

2. ☑ Audi Beverly Hills
   8850 Wilshire Boulevard
   Beverly Hills, CA 90211
   4 miles away

3. ☑ Keyes Audi
   5239 Van Nuys Blvd
   Los Angeles, CA 91401
   9 miles away

‹ 1 2 3 4 ›

Get Free Quotes

## Sellers Tools

**Give Buyers Confidence**
Show them a clean AutoCheck vehicle history report                         ✓AutoCheck

**Pre-qualify for Auto Financing**
Pre-qualify for an auto loan with no impact to your credit score           CapitalOne

**Shopping for Auto Insurance?**
Get great car insurance that's also a great value from State Farm          StateFarm

## Sellers Information

### 10 Steps for Selling Your Car
Our experts walk you through the steps. Get the Details

### How to Improve Resale Value
Whether selling or trading in, get the most for your car with these tips. Watch video

FAQ  |  Contact Us  |  Don't Sell My Info  |  About Us  |  Careers  |  Corporate  |  Advertising  |  Media  |  Site Map  |  KBB Brazil

© 1995-2020 Kelley Blue Book Co.®, Inc. All rights reserved. Copyrights & Trademarks | Terms of Service | Privacy Policy | Linking Policy | Ad Choices ▷

—12—

| In re: | CHAPTER: 7 |
|---|---|
| Janelle Mary Haider                                                    Debtor(s). | CASE NUMBER: 2:19-bk-25051-VZ |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
11400 W. Olympic Blvd.
Suite 200
Los Angeles, CA 90064

A true and correct copy of the foregoing document entitled (*specify*): __Motion for Redemption of 2013 Audi A3 through Premiere Credit of North America Under 11 U.S.C. Section 722 and Declaration of Janelle M. Haider__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __2/16/20__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
ECF PARTY: Elmer D Martin, III,   elmermartin@gmail.com
ECF PARTY: James R Selth, jim@wsrlaw.net
ATTORNEY FOR DEBTOR: Sanaz S Bereliani, berelianilaw@gmail.com
CHAPTER 7 TRUSTEE: Peter J Mastan (TR), peter.mastan@dinsmore.com
UNITED STATES TRUSTEE (LA), ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On __2/16/20__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**DEBTOR**
Janelle Mary Haider
171 N Church Lane #605
Los Angeles, CA 90049

**JUDGE**
Hon. Vincent Zurzolo
United States Bankruptcy Court
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/16/20 | Ashley Johnson | /s/ Ashley Johnson |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    **9013-3.1.PROOF.SERVICE**

| In re:                          |            | CHAPTER 7                       |
|---------------------------------|------------|---------------------------------|
| Janelle Mary Haider             | Debtor(s). | CASE NUMBER 2:19-bk-25051-VZ    |

<u>ADDITIONAL SERVICE LIST</u>

<u>CREDITOR</u>
Premiere Credit of North America, LLC
Attn: Rob Meck, CEO
2002 Wellesley Blvd.
Indianapolis, IN 46219

<u>AGENT FOR SERVICE OF PROCESS FOR</u>
<u>PREMIERE CREDIT OF NORTH AMERICA, LLC</u>
CT Corporation System
818 West Seventh Street
Los Angeles, CA 90017

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                    F 9013-3.1

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Saturday, February 15, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

### 200023110015    PREMIERE CREDIT OF NORTH AMERICA, LLC

| | |
|---|---|
| **Registration Date:** | 08/10/2000 |
| **Jurisdiction:** | INDIANA |
| **Entity Type:** | FOREIGN |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **C T CORPORATION SYSTEM (C0168406)** |
| | To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate. |
| **Entity Address:** | 2002 WELLESLEY BLVD |
| | INDIANAPOLIS IN 46219 |
| **Entity Mailing Address:** | 2002 WELLESLEY BLVD |
| | INDIANAPOLIS IN 46219 |
| **LLC Management** | * |

A Statement of Information is due EVERY EVEN-NUMBERED year beginning five months before and through the end of August.

| Document Type | File Date | PDF |
|---|---|---|
| SI-COMPLETE | 07/05/2018 | |
| SI-COMPLETE | 08/08/2016 | |
| REGISTRATION | 08/10/2000 | |

* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| Modify Search | New Search | Back to Search Results |